

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Adam R. Johnson
State Board of Public Welfare
Austin, Texas

Dear Sir:

Opinion No. O-1701
Re: May State Department of
Public Welfare furnish
lists of men on relief
to the U. S. Army.

We have your request for an opinion of June 17, 1940, which reads as follows:

"We have a request from a United States Recruiting Officer to furnish a list of men on relief rolls within the ages of 18 and 36 who are single and have no dependents. The age and dependents of individuals requested by the Recruiting Officer are determined by County Case Workers under our supervision who have no connection with old age assistance personnel.

"Are there any legal inhibitions against our complying with this request?"

The confidential nature of the records of your department is determined by Section 31 of the Division of Public Welfare Act of 1939, being Article 695b--Section 31, Vernon's Annotated Civil Statutes of Texas. This section provides:

"All records concerning any applicant or recipient contemplated in this act shall be confidential and shall be open to inspection only to persons duly authorized by the state, or the United States, to make such inspection in connection with their official

Honorable Adam R. Johnson, Page 2

duties; provided, however, factual informa-
tion in such records shall be available to
applicants and recipients or their duly authorized
agents; provided further, that no lists of names
of recipients shall be published or distributed
for purposes of being made parts of any state,
county or city records, or for any other purpose."

In Opinion No. O-2416, copy of which we enclose here-
with, we were construing a corresponding provision in the Act
creating the Texas Unemployment Compensation Commission, being
Section 9(e) of Article 5221-b, Vernon's Annotated Civil Stat-
utes, which reads in part:

"Information thus obtained shall not be
published or be open to public inspection
(other than to public employees in the per-
formance of their public duties) in any manner
revealing the employing unit's identity."

In that opinion we held that the Texas Unemployment
Compensation Commission might furnish certain information to
the State Department of Health since the State Department of
Health must have been one of the agencies contemplated by the
Legislature when it provided for the exception "other than to
public employees in the performance of their public duties."

We believe that the United States Army would come
within the exception contemplated by the Legislature relating
to the confidential nature of the records of your department
when it provided in Section 31 quoted above that such records
"shall be open to inspection only to persons duly authorized
by the state, or the United States, to make such inspection in
connection with their official duties." It is, therefore, our
opinion that you are authorized under the above quoted exception
contained in Section 31 of the Public Welfare Act to furnish to
a recruiting officer of the United States Army lists of recip-
ients of relief between the ages of 18 and 35.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JUN 21, 1940

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS

By _Walter R. Koch_
Walter R. Koch
Assistant

APPROVED
OPINION
COMMITTEE
BY _BWB_

WRK:jm